UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

United States of America,

**ORDER**

**18-CR-420 (ALC)**

-against-

Jose Hernandez et al

Defendant(s)
------------------------------------------------------X

**ANDREW L. CARTER, JR., United States District Judge:**

Due to a conflict on the Court's calendar, the status conference scheduled for March 12, 2020 is rescheduled to **March 11, 2020** at **2:00 p.m.**

**SO ORDERED.**

Dated: New York, New York
February 12, 2020

_____
**ANDREW L. CARTER, JR.**
**UNITED STATES DISTRICT JUDGE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 2-12-20