

# STAMPUR & ROTH
### ATTORNEYS AT LAW

WILLIAM J. STAMPUR
JAMES ROTH

299 BROADWAY, SUITE 800
NEW YORK, N.Y. 10007

(212) 619-4240
FAX (212) 619-6743

February 19, 2020

**By ECF**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____4_____
DATE FILED: 2-26-20

Honorable Andrew L. Carter, Jr.
United States District Court Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    Re: *United States v. Jamer Davis*
         18 Cr. 420 (ALC)

Dear Judge Carter:

    I write to request a change in one bail condition for Mr. Davis. He has been living with his sister, at 225 West 129th Street, Apt. 8A, New York, NY 10027, and now requests to reside with his mother, at 2227 2nd Avenue, Apt. 6B, New York, NY 10029.

    AUSA Warren and his pretrial officer have no objection to this request.

Very truly yours,

*William J. Stampur*

William J. Stampur

cc:     AUSA Jacob Warren

The application is   ✓ granted.
                          ___ denied.

Andrew L. Carter Jr, U.S.D.J.
Dated: February 24, 2020
       NY, New York

WS/Davis/Ltr to Judge/Change Address