USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 3-2-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
United States of America,

**ORDER**

18-CR-420 (ALC)

-against-

Jose Hernandez,

Defendant(s)
-----------------------------------------------------------X

**ANDREW L. CARTER, JR., United States District Judge:**

A Change of Plea Hearing is scheduled for **March 10, 2020** at **2:00 p.m.**

**SO ORDERED.**

Dated: New York, New York
March 2, 2020

ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE