USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7/23/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------- x

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| Plaintiff, | : |
| -against- | : 18-CR-420 (ALC) |
| **JOSE HERNANDEZ,** | : **ORDER** |
| Defendant. | : |

------------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

The sentencing scheduled for July 31, 2020 is adjourned to **October 13, 2020** at **10:00 a.m.**

**SO ORDERED.**

**Dated:**     **New York, New York**
                **July 23, 2020**

_____
        **ANDREW L. CARTER, JR.**
        **United States District Judge**