USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 9-2-20

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Jamer Davis,

                Defendants.,

------------------------------------------------------------X

18 Cr. 420 (ALC)

**ORDER**

ANDREW L. CARTER, JR., District Judge:

    The September 9, 2020 status conference is adjourned to **October 16, 2020** at **10:00 a.m.**

    Accordingly, it is ORDERED: the time from September 9, 2020 through October 16, 2020 is excluded in the interests of justice from all calculations under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

Dated: New York, New York
       September 2, 2020

_____
ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE