USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10/14/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
**United States of America,**

                                **ORDER**
                                **18-CR-420 (ALC)**

        -against-

**Jose Hernandez,**
-------------------------------------------------------X
**ANDREW L. CARTER, JR., United States District Judge:**

The Sentencing scheduled for October 13, 2020 is adjourned to **February 11, 2021** at **10:00 a.m.**

    SO ORDERED.

Dated: New York, New York
      October 13, 2020

_____
**ANDREW L. CARTER, JR.**
**UNITED STATES DISTRICT JUDGE**