**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X

United States of America,

                           -against-

Jose Hernandez,
-------------------------------------------------------X

**ORDER**

**18-CR-420 (ALC)**

```
USDC SDNY
DOCUMENT ELECTRONICALLY
FILED
DOC#: _____
DATE FILED: 2-5-21
```

**ANDREW L. CARTER, JR., United States District Judge:**

The Sentencing scheduled for February 11, 2021 is adjourned to **May 7, 2021** at

**2:00 p.m.**

      **SO ORDERED.**

Dated: New York, New York
      February 5, 2021

**ANDREW L. CARTER, JR.**
**UNITED STATES DISTRICT JUDGE**