**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4-28-21

-------------------------------------------------------X

United States of America,

                                **ORDER**
                              **18-CR-420 (ALC)**

              -against-

Jose Hernandez,

-------------------------------------------------------X

**ANDREW L. CARTER, JR., United States District Judge:**

The sentencing scheduled for May 7, 2021 is adjourned to **June 17, 2021**

at **3:30 p.m.**

     **SO ORDERED.**

Dated: New York, New York
      April 28, 2021

                               _____
                                **ANDREW L. CARTER, JR.**
                                **UNITED STATES DISTRICT JUDGE**