USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __6-11-21__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

**United States of America,**

                                                  **ORDER**
                                                  **18-CR-420 (ALC)**

          -against-

**Jose Hernandez,**
------------------------------------------------------------X

**ANDREW L. CARTER, JR., United States District Judge:**

        The sentencing scheduled for June 17, 2021 is adjourned to **August 24, 2021** at **2:00 p.m.**

        **SO ORDERED.**

Dated: New York, New York
       June 11, 2021

                                                      _____
                                                      **ANDREW L. CARTER, JR.**
                                                      **UNITED STATES DISTRICT JUDGE**